FILED
CLERK, U.S. DISTRICT COURT

May 29, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REFUGE,<br><br>      Plaintiff,<br><br>vs.<br><br>THE BANK OF NEWYORK/MELLON LONG TERM DISABILITY PLAN and THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>      Defendants. | CASE NO: 2:14-cv-09808-SVW-MAN<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>JS-6 |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice.

Each party shall bear its own fees and costs.

DATED: May 29, 2015

*[signature]*

STEPHEN V. WILSON
United States District Court Judge

1

PROPOSED ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525